SECOND DEPARTMENT, NOVEMBER, 1967

(November 1, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT SAGISTIANO, Appellant.

Beldock, P. J., Brennan, Hopkins and Benjamin, JJ., concur.